FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 18 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA / Georgia

Patrick Randell McIntosh
Mary Celeste Conlon
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Violation of Civil Rights** 42 U.S.C. 1985 and
(Prisoner Complaint) Bivens

Case No. 1:23-CV-4228

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

42 USC 12101,
29 USC 701

-against-

unknown Charleston County
Sheriff's deputies, unknown
City of Charleston police officers et.al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

Continue A
against

Sherri A. Brown,
Board of Regents for Trident Technical College, officer Lawrence Salvidge, unknown Trident Technical College public safety officers, Dr. Milton Foust, Eugene Randell McIntosh, Dr. Elise Davis McFarland, President of Trident Technical College, Miranda Amanda Sloan, Margaret Lauren Wade, Board of Regents for Georgia Perimeter College, unknown Gwinnett County Sheriff's deputies, unknown Federal Bureau of Investigation agents, George Randell Taylor, Dr. Donna Schlutz,

①

Continue B

unknown BATFE agents,
South Carolina State Mental Hospital,
unknown Riverwood Behavioral Health nurses,
President of Georgia Perimeter College,
County of Charleston,
Gwinnett County,
Special Agent Perry,
Scarlett Wilson,
unknown South Carolina magistrate judge(s),
Georgia Perimeter College,
unknown Georgia Perimeter College public safety officers,
Medical University of South Carolina,
Charleston County Mental Health,
Trident Technical College,
Detective Bacon



Continue C of the Mount Pleasant Police Department, Sheriff Al Cannon Jr. of the Charleston County Sheriff's Department, unknown sheriff of Gwinnett County Sheriff's Department, City of Charleston, unknown Secret Service agents, unknown Medical University of South Carolina mental health staff, Riverwood Behavioral Health, Dr. Lari Schlesinger, Katherine Hoffer, Jennifer Keen, Director of: BATFE, Secret Service and FBI

①

Dear Clerk of Court                    9-11-2023

"But that day I changed my plan. From that day on I knew there was only one thing I wanted to be: a lawyer."

Justice Bekebeke
(after being released from prison on January 6th 1992)

Please put: "Legal Mail - Open ONLY in presence of inmate" on any envelopes of court documents sent to me. I have a right to privacy. I don't want to be retaliated against at this prison for using the courts.

Thank You

Patrick McIntosh
#24876171

Federal Medical Center
PMB 4000
Rochester MN 55903-4000